# United States Court of Appeals
## For the Eighth Circuit

_____

No. 24-2374

_____

United States of America

*Plaintiff - Appellee*

v.

Herman Terrill Baylor

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Southern District of Iowa - Eastern

_____

Submitted: October 16, 2024
Filed: October 21, 2024
[Unpublished]

_____

Before GRUENDER, BENTON, and GRASZ, Circuit Judges.

_____

PER CURIAM.

Herman Baylor appeals after the district court[1] revoked his supervised release and sentenced him to 14 months in prison and 22 months of supervised release. His

---

[1]The Honorable Stephanie M. Rose, Chief Judge, United States District Court for the Southern District of Iowa.

counsel has moved to withdraw and has filed a brief challenging the substantive reasonableness of the sentence.

We conclude that the district court did not abuse its discretion in sentencing Baylor, as there is no indication that the court failed to consider a relevant factor, gave significant weight to an improper or irrelevant factor, or committed a clear error of judgment. *See United States v. Miller*, 557 F.3d 910, 917 (8th Cir. 2009) (discussing abuse-of-discretion review for the substantive reasonableness of a revocation sentence). Moreover, the sentence is within the advisory Guidelines range. *See United States v. Perkins*, 526 F.3d 1107, 1110 (8th Cir. 2008) (stating that on appeal, a within-Guidelines-range revocation sentence is presumed reasonable).

Accordingly, we grant counsel's motion to withdraw and affirm.

_____